

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2018

No. 04-18-00556-CV

Salim **MERCHANT,**
Appellant

v.

**SOUTH TEXAS MERCHANT ASSOCIATION COOPERATIVE**, Quest Distributors LLC, STMA Business LLC, STMA Properties LLC, Sadruddin Sarfani, Hasam Ali, Mustak Ali, Rahim Ali, Saleem Ali Noorallah Dhuka, Alina Jindani, Iqbal Karadiya, Nooru Lalani, Nizarali Maredia, Amin P. Mohammad, Amin V. Mohamed, Inayatali Momin, and Ruknuddin Momin, Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI14923
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant, representing himself, filed a brief on October 11, 2018. Appellant's brief recites alleged facts pertaining to his claims against the South Texas Merchant Association Cooperative and members of the cooperative.

Appellant's brief references the trial court proceedings, complains that the trial court erred in granting summary judgment in STMAC's favor, and prays that Appellant will be reinstated in STMAC, appointed as a director, and awarded punitive damages.

Appellant's brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief does not include the following:

- Identity of Parties and Counsel,
- Table of Contents,
- Index of Authorities,
- Statement of the Case,
- Statement of Facts (that complies with the Rules),
- Argument,
- an Appendix (that complies with the Rules), or
- Certificate of Compliance.

*See id.* R. 9.4, 9.5, 38.1.  The brief has these additional defects.

- No part of the brief contains any citations to the record.  *Contra id.* R. 38.1(g) ("The statement [of facts] must be supported by record references."); *id.* R. 38.1(i) ("The brief must contain . . . appropriate citations . . . to the record.").

- The portions of the brief that may be construed as a statement of facts recite alleged facts and complaints, but the brief does not state how the trial court erred or present any legal arguments, with appropriate citations to authorities and the record, to present any legal basis for this court to reverse the trial court's judgment.  *Contra id.*

- The brief does not recite the standard of review, and, except for a single reference to one statute, it contains no citations to rules or statutes, or any references to case law.  *Contra id.* (requiring "appropriate citations to authorities").

In its current form, Appellant's brief does not present anything for appellate review.

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38.  *See id.* R. 38.9(a).  We conclude that the defects described above constitute flagrant violations of Rule 38.

Therefore, we STRIKE Appellant's brief and ORDER Appellant Salim Merchant to file an amended brief within TEN DAYS of the date of this order.  **The amended brief must correct all the violations listed above and fully comply with the applicable rules.**  *See, e.g.*, *id.* R. 9.4, 9.5, 38.1.  If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief."  *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellees' brief will be due thirty days after Appellant's brief is filed.  *See* Tex. R. App. P. 38.6(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2018.

KEITH E. HOTTLE,
Clerk of Court